UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JAMAL RASHAD CRAWFORD**                                           **PLAINTIFF**

v.                                         **CIVIL ACTION NO. 3:08-CV-241-H**

**S. WALKER et al.**                                            **DEFENDANTS**

### MEMORANDUM OPINION

       Plaintiff, Jamal Rashad Crawford, filed a non-prisoner application to proceed without prepayment of fees (DN 6). Because he also filed a letter (DN 7) suggesting that he is now incarcerated, the Court ordered Plaintiff within 30 days to clarify whether he is incarcerated and if so to fill out a prisoner application to proceed without prepayment of fees. Plaintiff was warned that failure to comply with the Order may result in the dismissal of his case. That Order was entered on October 3, 2008. More than 30 days have passed since entry of that Order, and Plaintiff has not responded.

       Accordingly, the Court will enter an order dismissing this action pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court.

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Jefferson County Attorney
4412.009