UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**JAMAL RASHAD CRAWFORD**                                                   **PLAINTIFF**

v.                                                                        **CIVIL ACTION NO. 3:08-CV-241-H**

**S. WALKER et al.**                                                                **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court.

There being no just reason for delay in its entry, this is a final Order.

Leave to appeal to the Court of Appeals *in forma pauperis* is hereby denied pursuant to 28 U.S.C. § 1915(a)(3) because such an appeal would not be taken in good faith.

Date:

cc:     Plaintiff, *pro se*
        Defendants
        Jefferson County Attorney
4412.009